## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

TCF INVENTORY FINANCE, INC.       )
               )
      **Plaintiff,**        )
               )
v.                    )      **No. 1:19-CV-05528**
               )
PORTAGE LAKES MARINE, INC.     )
and JOYCE RODGERS        )
               )
      **Defendants.**       )

## MOTION FOR ENTRY OF ORDER AND CONSENT JUDGMENT

Plaintiff TCF Inventory Finance, Inc. ("TCFIF") moves this Court for entry of a consent judgment in this case. In support thereof, TCFIF states as follows:

1.     TCFIF, Portage Lakes Marine, Inc., and Joyce Rodgers (collectively, the "Parties") have reached a settlement agreement in this case.

2.     Pursuant to the terms of the settlement agreement, TCFIF requests entry of the Order and Consent Judgment agreed to by the Parties and attached hereto as <u>Exhibit A</u>.

WHEREFORE, Plaintiff, TCF Inventory Finance, Inc., respectfully requests that the Court enter an Order and Consent Judgment in this case in the form attached hereto as <u>Exhibit A</u> and grant such other and further relief as this Court deems proper.

**TCF Inventory Finance, Inc.**

By:   */s/ Holly H. Campbell*
     One of its Attorneys

     William R. Bay (6181670)
     wbay@thompsoncoburn.com
     Thompson Coburn LLP
     One US Bank Plaza
     St. Louis, MO 63101
     (314) 552-6000
     FAX:   (314) 552-7000

Holly H. Campbell (6320395)
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603
(312) 346-7500
Fax:    (312) 580-2201

*Attorneys for TCF Inventory Finance, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 1, 2020, I electronically filed the foregoing **Motion for Entry of Consent Judgment** with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.


_____ */s/ Holly Campbell*_____